# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FELICITAS NANA MBANG,

    Plaintiff,

  v.

MARKWAYNE MULLINS, et al.,

    Defendants.

Civ. Action No. TJS-26-825

## <u>ORDER</u>

Upon consideration of the parties' Consent Motion to Transfer filed by the above-captioned Defendants, and finding good cause therefore, it is

**ORDERED** that this matter be transferred to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a), and,

**IT IS FURTHER ORDERED** that the Defendants shall be granted a 30-day extension of time to file an initial responsive pleading to the Complaint once this case is placed on the electronic docket in the District Court for the District of Minnesota pursuant to Fed. R. Civ. P. 6(b), and

**IT IS FURTHER ORDERED** that the Clerk shall close the case in the District of Maryland.

Dated: April 3, 2026

_____
Timothy J. Sullivan
Chief United States Magistrate Judge