UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

FELICITAS NANA MBANG,                           Case No. 26-CV-2159 (PJS/DJF)

       Plaintiff,

v.                                              ORDER OF DISMISSAL

MARKWAYNE MULLIN, Secretary
of the United States Department of
Homeland Security; KIKA SCOTT,
Director of the United States Citizenship
and Immigration Services; GREGORY
COLLETT, District Director of the United
States Citizenship and Immigration
Services Baltimore Field Office; PAMELA
BONDI, Attorney General of the United
States; and KELLY O. HAYES, United
States Attorney for the District of Maryland,

       Defendants.

_____

Based upon the Joint Stipulation for Dismissal filed by the parties on April 22, 2026 [ECF No. 14],

IT IS ORDERED that this action is dismissed without prejudice, and without costs or disbursements to any party.

Dated: April 23, 2026                           /s/ Patrick J. Schiltz
                                                Patrick J. Schiltz, Chief Judge
                                                United States District Court